UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
|    Plaintiff   ) | CASE NO.: 1:01 CR 499-01 |
| ) | |
|  -v-  ) | **ORDER** |
| ) | |
| WILLIAM WITHROW,     ) | |
| ) | |
|    Defendant   ) | |

This matter came on for a supervised release violation hearing on October 11, 2006, on the recommendation of the Probation Officer. Defendant William Withrow was present and represented by Attorney Dennis Butler. The United States was represented by Assistant United States Attorney Joseph Schmitz. The Probation Office was represented by Debra White. The court reporter was Angela LaRae. The Defendant admits to the violations, and the court finds the Defendant is in violation of his supervised release for the reasons stated on the open record.

IT IS ORDERED that Defendant's supervision be revoked and he be committed to the custody of Bureau of Prisons for a term of 13 months followed by 1 year of Supervised Release. Defendant shall receive mental health and drug counseling while on supervision. All original terms and conditions of supervision are ordered. Defendant has been in custody since June 1, 2006 and should be given credit for that time which he has already served.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

October 11, 2006